**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/8/25
```

July 7, 2025

**BY ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Ramon Diaz Jr.*, 25 Cr. 125 (ALC)

Dear Judge Carter:

The parties respectfully write to request that the Court adjourn the next status conference in the above-referenced matter, currently set for July 8, 2025, by approximately 45 days. The Government also respectfully requests, with the consent of the defendant, that the time between today and the next status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defense time to review discovery, and allow the parties to discuss potential pretrial resolution of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   /s/
Jonathan L. Bodansky
Assistant United States Attorney
(212) 637-2385

cc:   Cathy Ann Fleming, Esq.

The application is **GRANTED**. The status conference is adjourned to 8/26/25 at 12 noon. Time excluded from 7/8/25 to 8/26/25 in the interest of justice.
So Ordered.

*[signature]* 7/8/25