```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-26-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

25 Cr. 125 (ALC)

**ORDER**

-against-

Ramon Diaz, Jr.,

                    Defendants,
------------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

    At the August 26, 2025 status conference, the parties requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until October 28, 2025 to allow the defendant to review discovery and contemplate the filing of motions.

    The Court finds that the interests of justice are served by such an exclusion to allow the defendant to review discovery and contemplate the filing of motions and, that those interests outweigh the interests of the defendant and the public in a speedy trial.

    Accordingly, it is ORDERED: the time from August 26, 2025 through October 28, 2025 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       August 26, 2025

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE