**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/27/25

THE LAW FIRM
**Fleming.Ruvoldt** PLLC

October 24, 2025

**VIA ECF and EMAIL ALCarterNYSDChambers@nysd.uscourts.gov**

The Honorable Andrew L. Carter Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
Courtroom 444
New York, NY 10007

      Re:    *United States v. Ramon Diaz Jr.*: 1:25-cr-00125-ALC-1

Dear Judge Carter:

      This firm represents Defendant Ramon Diaz, Jr., in the above captioned matter. The parties respectfully write to request jointly that the Court adjourn the status conference scheduled for October 28, 2025 for a short period of time to November 6 or November 7, 2025, on which dates both counsel are available. If those proposed dates do not work for the Court counsel will of course be available another date. The Government also respectfully requests, with the consent of Defendant, that the time between today and the next status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18. U.S.C. §3161(h)(7)(A).

      Pursuant to your Honor's Individual Practices Rule 1D.:

1. The original date of the status conference is October 28, 2025,
2. There have been no previous requests for adjournment of this status conference,
3. Since there have been no previous requests for the adjournment of the October 28 conference, the Court has not granted or denied any such requests; and
4. The parties consent to this adjournment and request it jointly.

      We appreciate the Court's consideration of this joint request.

                            Respectfully submitted,

                            /s/ *Cathy Fleming*
                            Cathy Fleming, Esq.
                            Fleming Ruvoldt PLLC
                            779 Closter Dock Road
                            Closter NJ 07624
                            (201) 518-7907
                            Counsel for Defendant

Cc: Jonathan L. Bodansky, Esq.

The application is **GRANTED**. The status conference is adjourned to 11/6/25 at 12:30 p.m. Time excluded from 10/28/25 to 11/6/25 in the interest of justice. So Ordered.

*[Signature]* 10/27/25