USDC SDNY
DOCUMENT
ELECTRONICALLYFILED
DOC#: _____
DATE FILED: 2/5/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

:
:
:
:
:

25-CR-125 (ALC)

-against-

:
:

ORDER

:
:

RAMON DIAZ, JR.,

:
:

Defendants.    :

---------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Status Conference is set for **February 10, 2026**, at **12 noon.**

**SO ORDERED.**

Dated:      New York, New York
            February 5, 2026

_____
ANDREW L. CARTER, JR.
United States District Judge