USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:    2/6/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                        25 Cr. 125 (ALC)

                                                  **ORDER**

        -against-


RAMON DIAZ, Jr.,

------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

      The February 10, 2026, status conference is RESCHEDULED to **February 9, 2026**,

at **12 noon**.

SO ORDERED.

Dated: New York, New York
        February 6, 2026

                                    _____
                                ANDREW L. CARTER, JR.
                                UNITED STATES DISTRICT JUDGE