**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 21, 2026

**BY ECF**
The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 8/25/26

**Re: *United States v. Ramon Diaz Jr.*, 25 Cr. 125 (ALC)**

Dear Judge Carter:

The Government respectfully writes to request an adjournment of the Government's deadline to file its CIPA Section 4 motion, from August 24, 2026 to September 8, 2026. The defendant consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Jonathan L. Bodansky
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2385 / -1587

cc: Cathy Ann Fleming, Esq.

The application is **GRANTED**.
So Ordered.

Andrew L Carter Jr

**8/25/26**