**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 30, 2026

**BY E-MAIL & ECF**
The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 10/1/26

**Re: *United States v. Ramon Diaz Jr.*, 25 Cr. 125 (ALC)**

Dear Judge Carter:

The Government respectfully submits this joint letter motion on behalf of the parties to request a brief extension of certain pretrial deadlines in advance of trial scheduled to begin in the above-referenced case on October 19, 2026 (with final pretrial conference on October 15, 2026), as proposed below:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Motions *in Limine*, Proposed Voir Dire and Jury Instructions Due | October 1, 2026 | October 5, 2026 |
| Responses Due | October 7, 2026 | October 8, 2026 |
| Replies Due | October 9, 2026 | October 11, 2026 |

The parties are conferring on (1) matters that may obviate the need for certain motions *in limine* and (2) proposed jury instructions and would like additional time to do so before making the above filings.

The application is **GRANTED**.
So Ordered.

[signature] **10/1/26**

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Jonathan L. Bodansky
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2385 / -1587

cc: Cathy Ann Fleming, Esq. (via e-mail & ECF)