USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: ______
DATE FILED: 10-7-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

**-against-**

**RAMON DIAZ, JR.,**

**Defendants.**

---------------------------------------------------------------------- x

**25-CR-125 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Status Conference is set for **October 7, 2026**, at **12 noon.**

**SO ORDERED.**

**Dated: New York, New York**
**October 6, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**