USDC SDNY
DOCUMENT
ELECTRONICALLYFILED
DOC#: ____________
DATE FILED: 10-7-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

-against-

RAMON DIAZ, JR.,

Defendants.

---------------------------------------------------------------------- x

25-CR-125 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

Today's Status Conference will take place at **11:00 a.m.**

SO ORDERED.

Dated: New York, New York
October 7, 2026

Andrew L Carter Jr
ANDREW L. CARTER, JR.
United States District Judge