**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**-against-**<br><br>**RAMON DIAZ, JR.,**<br><br>**Defendant.** | **1:25-cr-125 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Mr. Diaz appeared with counsel at a proffer session in November 2024. At the proffer, Mr. Diaz was accompanied by his attorney, Cathy Flemming. There were no other members of the defense team present. A trial is scheduled in this matter for December. The government intends to introduce statements from the proffer if the defense opens the door. If the door is opened, and if the defense disputes any statements or other events from the proffer offered by the government, Ms. Flemming will not be able to testify regarding a different version of any statement or other event, if she is serving as counsel at trial.

Keith White is appointed by the Court to consult with Mr. Diaz about this possible conflict, advising the Court whether the conflict is waivable, and if so, whether Mr. Diaz wishes to waive the conflict. Counsel should file a letter with the Court regarding the conflict by October 21, 2026.

**SO ORDERED.**

Dated: October 13, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**