MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 10/21/2026

THE LAW FIRM
Fleming.Ruvoldt PLLC

Cathy Fleming, Esq.
Fleming Ruvoldt PLLC.
779 Closter Dock Road
Closter, NJ 07624
cfleming@flemingruvoldt.com
(201) 518-7907

October 20, 2026

**VIA ECF**
The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Ramon Diaz Jr.*, 25 Cr. 125 (ALC)**

Dear Judge Carter,

Please accept this letter motion requesting that the Court grant a brief adjournment of defendant's due date to respond to the Government's motions in limine. The response is due today; I am asking to respond on October 22, 2026. The Government has indicated that it has no objection to this request.

Respectfully submitted,

*/s./ Cathy Fleming, Esq.*
Cathy Fleming, Esq.

Cc: All counsel via ECF.

Defendant's Motion is **GRANTED**.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 21, 2026