**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**-against-**<br><br>**RAMON DIAZ, JR.,**<br><br>**Defendant.** | **1:25-cr-125 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 13, 2026, the Court appointed CJA attorney Keith White to consult with Mr. Diaz about a possible conflict, advising the Court whether the conflict is waivable, and if so, whether Mr. Diaz wishes to waive the conflict. Counsel was further ordered to file a letter with the Court regarding the conflict by October 21, 2026. Mr. White has not filed said letter.

Accordingly, Mr. White is directed to file said letter by October 30, 2026.

**SO ORDERED.**

Dated: October 28, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**