**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**-against-**<br><br>**RAMON DIAZ, JR.,**<br><br>**Defendant.** | **1:25-cr-125 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby schedules a *Curcio* hearing for November 19, 2026, at 10 a.m. The parties and counsel, including Ms. Fleming, Mr. Williams, and Mr. White, should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

It is FURTHER ORDERED that the counsel for the defense and Government shall submit, in writing, any questions they would like the Court to pose at such hearing by November 12, 2026.

**SO ORDERED.**

Dated: November 10, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**